IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARION C. WOLFE, JR.,

    Petitioner,                       No. CIV S-02-1958 FCD PAN P

    vs.

EDWARD ALAMERIDA, et al.,

    Respondents.                  ORDER

_____/

        On March 9, 2006, respondents filed and served a motion to dismiss. Petitioner has requested an extension of time to file and serve an opposition. On March 27, 2006, petitioner filed and served an opposition. Petitioner's opposition is timely. See Local Rule 78-230(m).

        Accordingly, IT IS HEREBY ORDERED that petitioner's March 17, 2006, request for an extension of time is denied.

DATED: April 7, 2006.

                                        UNITED STATES MAGISTRATE JUDGE

/mp/004
wolf1958.111