IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARION C. WOLFE, Jr.,

    Petitioner,                      No. CIV S-02-1958 FCD PAN P

    vs.

EDWARD D. ALAMERIDA,

    Respondents.          <u>ORDER</u>

_____/

        On March 3, 2006, petitioner filed a request for reconsideration of the magistrate judge's order filed February 24, 2006, denying petitioner's request for release to bail pending resolution of this action. Pursuant to E.D. Local Rule 72-303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law." Upon review of the entire file, the court finds that it does not appear that the magistrate judge's ruling was clearly erroneous or contrary to law.

        Therefore, IT IS HEREBY ORDERED that, upon reconsideration, the order of the magistrate judge filed February 24, 2006, is affirmed.

DATED: April 17, 2006

                                        /s/ Frank C. Damrell Jr.
                                        FRANK C. DAMRELL JR.
                                        United States District Judge