IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARION C. WOLFE, JR.,

      Petitioner,                        No. CIV S-02-1958 FCD EFB P

      vs.

EDWARD D. ALAMERIDA, et al.,

      Respondents.                   <u>ORDER</u>

_____/

      Petitioner is a state prisoner without counsel seeking a writ of habeas corpus. *See* 28 U.S.C. § 2254. On December 27, 2007, petitioner requested an extension of time to file and serve an amended petition for writ of habeas corpus. *See* Fed. R. Civ. P. 6(b).

      Good cause appearing, it is ORDERED that petitioner's December 27, 2007, request is granted. Petitioner has 30 days from the date this order is served to file and serve an amended petition for a writ of habeas corpus.

DATED: January 3, 2008.

EDMUND F. BRENNAN  
UNITED STATES MAGISTRATE JUDGE