IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARION C. WOLFE, JR.,

    Petitioner,                        No. CIV S-02-1958 FCD EFB P

    vs.

EDWARD D. ALAMERIDA,

    Respondent.                     ORDER

                                    /

       Petitioner is a state prisoner without counsel seeking a writ of habeas corpus. *See* 28 U.S.C. § 2254. Pursuant to this court's orders, petitioner has exhausted the available state remedies, and on January 4, 2008, he filed a second amended petition for a writ of habeas corpus.

       Accordingly, it is hereby ordered that:

       1. Respondent shall file and serve an answer to petitioner's application within 60 days from the date of this order. *See* Rule 4, Fed. R. Governing § 2254 Cases. The answer shall be accompanied by any and all transcripts or other documents relevant to the determination of the issues presented in the application. *See* Rules 4, 5, Fed. R. Governing § 2254 Cases.

       2. Petitioner's reply, if any, shall be filed and served within 30 days of service of an answer.

Dated: April 2, 2008.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE