IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARION C. WOLFE, Jr.,

    Petitioner,                   No. CIV S-02-1958 FCD EFB P

    vs.

EDWARD D. ALAMERIDA,

    Respondent.               ORDER

_____/

    Petitioner is a state prisoner without counsel seeking a writ of habeas corpus. *See* 28 U.S.C. § 2254. Respondent has requested an extension of time to file and serve an answer to the petition. *See* Fed. R. Civ. P. 6(b).

    Good cause appearing, it is ORDERED that respondent's May 27, 2008, request is granted and respondent has 30 days from the date this order is served to file and serve an answer to the petition.

Dated: June 11, 2008.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE